# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Bill of Costs

Court of Appeals Docket No. __13-15556__

Jill Stein, et al. _____ vs. Secretary of State for the State of Alabama _____

A Bill of Costs should only be filed when the Clerk's Office has advised a party that the party is entitled to costs. FRAP 39 and 11th Cir. R. 39-1 govern costs taxable in this court and the time for filing the Bill of Costs. A motion for leave to file out of time is required for a Bill of Costs not timely received.

### INSTRUCTIONS

In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced. Multiply this number by the cost per copy ( $.15 per copy for "In-House", up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

| DOCUMENT | Repro. Method (Mark One) In-House | Repro. Method (Mark One) Comm* | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT. USE ONLY COSTS ALLOWED |
|---|---|---|---|---|---|---|---|
| Appellant's Brief | | | | | | | |
| Record Excerpts | x | | 417 | 7 | 2919 | 437.85 | |
| Appellee's Brief | x | | 73 | 8 | 584 | 87.60 | |
| Reply Brief | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| *Note: If reproduction was done commercially, receipt(s) must be attached. | | | | | TOTAL | $ 525.45 REQUESTED | $ ALLOWED |

I hereby swear or affirm that the costs claimed were actually and necessarily incurred in this appeal and that I have served this Bill of Costs on counsel/parties of record.

Signature: _Digitally signed by: Misty S. Fairbanks Messick
DN: CN = Misty S. Fairbanks Messick email = mmessick@ago.state.al.us C = US O = Alabama Attorney General's Office OU = Constitutional Defense
Date: 2014.12.16 15:15:02 -06'00'_

Date Signed: December 16, 2014

Attorney Name: Misty S. Fairbanks Messick
(Type or print your name)

Attorney for: Secretary of State for the State of Alabama
(Type or print name of client)

E-mail: mmessick@ago.state.al.us

Phone: 334.242.7300 / 334.353.8674 direct

Street Address/City/State/Zip: 501 Washington Avenue, Montgomery, Alabama 36130

### FOR COURT USE ONLY

Costs are hereby taxed in the amount of $ _____ against _____

and are payable directly to _____

John Ley, Clerk of Court

Issued on: _____  By: _____  DATE: _____
Deputy Clerk

BOC 3/13